**Order entered January 7, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01340-CR

**KEITH DESHUN SMITH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-62369-T**

## ORDER

Appellant has filed a motion to extend time to file his pro se response to the *Anders* brief filed by counsel. We **GRANT** the motion and **ORDER** appellant to file his pro se response by **MARCH 1, 2012**.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Keith Deshun Smith, TDCJ No. 1815858, Middleton Transfer Facility, 13055 F.M. 3522, Abilene, TX 79601.

/s/  DAVID L. BRIDGES
    JUSTICE